UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-CV-641

| | |
|---|---|
| TERESA M. TOMAS-CRENSHAW, ) ) Planittiff ) ) vs. ) ) W-2 Staffing ) ) Defendant. ) ) | ORDER |

**THIS MATTER** is before the Court upon its own motion. On July 9, 2012, the parties notified the Court that they have reached settlement in the above-captioned matter. Their message to the Court indicated they would file a motion to dismiss in the "next few weeks."

IT IS THEREFORE ORDERED THAT the above-captioned case is HEREBY DISMISSED with the right of either party to administratively re-open the case within thirty (30) days of the issuance of this order.

IT IS SO ORDERED.

Signed: July 26, 2012

Frank D. Whitney
United States District Judge