# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:11-CV-641-FDW-DCK

| | |
|---|---|
| **TERESA M. TOMAS-CRENSHAW,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **W2 STAFFING,** | )<br>) |
| **Defendant.** | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Seal" (Document No. 17) filed June 11, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and is now ripe for review. Defendant has failed to file a response to this motion, and the time to do so has lapsed. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>deny</u> the motion.

On June 11, 2013, Plaintiff Teresa Tomas-Crenshaw filed a letter with the Court requesting the "deletion of my records over the internet." (Document No. 17, p.1). The Court has construed Plaintiff's document as a "motion to seal."

First, the undersigned observes that this matter was closed almost one year ago, on July 26, 2012, following the parties' notice that they had reached a settlement. (Document No. 15). The undersigned further observes that there has been no previous request to seal any part of this case, nor was a protective order requested or entered in this matter.

Under the circumstances, the undersigned is not persuaded that Plaintiff has fulfilled the requirements of Local Rule 6.1, or otherwise shown good cause to seal this case. Typically, this

Court only allows certain documents, or categories of documents, that the parties have identified as including confidential or proprietary information, to be sealed. Even case files or documents that have been sealed are "unsealed at the time of final disposition of the case" unless otherwise ordered by the Court. Local Rule 6.1(H)(1).

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Seal" (Document No. 17) is **DENIED**.

Signed: July 1, 2013

David C. Keesler
United States Magistrate Judge